| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>BARRY S. MILLER, ESQ.<br>70 Clinton Avenue<br>Newark, New Jersey 07114<br>973-216-7030<br>Counsel to Mortgagee, GT Paterson LLC | Order Filed on December 2, 2014<br>by Clerk<br>U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>**NUREDDIN DEMIRCAN and**<br>**SUZAN DEMIRCAN**<br><br>Debtors. | Case No.: 14-29266<br><br>Chapter 7<br><br>Hearing Date: Dec. 1, 2014 at 10 AM<br><br>Judge: Novalyn L. Winfield |

| RECOMMENDED LOCAL RULE: | FOLLOWED |
|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 2, 2014**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

(Page 2)
Debtors: Nureddin Demircan and Suzan Demircan
Case No.: 14-29266
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of GT PATERSON LLC by its attorney Barry S. Miller, Esq., under Bankruptcy Code section 362 (a) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as:

- ✓ 362 Atlantic Street, Paterson, New Jersey

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.