UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David L. Stevens, Esq.
SCURA, WIGFIELD, HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973) 696-8391
Attorneys for Debtors

Order Filed on January 15, 2015
by Clerk
U.S. Bankruptcy
Court District of New Jersey

In Re:

Nureddin & Suzan Demircan,

Debtors.

Case Number: 14-29266

Hearing Date: 01/12/2015 at 10:00am

Judge: NLW

Chapter: 7

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2015**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property is described as ": 7 Vko dgtrkpg Ftkxg. Yc{pg. PL 584 Cvrcpvke Utggv. Rcvgtuqp. PL cpf ::: Ockp Utggv. Rcvgtuqp. PL,

and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. <u>Glenn Kropilak, Judgment No. DJ-179297-2013                              </u>

2. <u>Agustin Morato & Anthony Psihis, Judgment No. DJ-210786-2013            </u>

3. <u>Robert N. Levin, Judgment No. DJ-165451-2012                             </u>

60. Midland Funding, LLC, Judgment No. DJ-075336-2013

70. ~~Bureau of Housing Inspection, Judgment No. DJ-102533-2013~~

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

2

*Rev. 7/1/04; jml*